**STATEMENT**

Name CHRISTOPHER SEALEY    Sex Male    Age 32 years    D.O.B. 23/6/73

Occupation Shop Keeper    Address 2a Canada Road, Pinta Cruz

Investigating Officer taking Statement No. 13158 WPC MITCHELL - Quinyuk

Others present No. 11602 A/Inspr. JUSTICE OF THE PEACE Mr. ASQUITH CLARKE and
Mr. 1411 DAVID SEALEY JNR.                    HOMICIDE.-

Date 8 August 2006    Time Commenced 9.15pm.    Place Arouca Police Station

---

I, MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be put in evidence. I have also been told that I have the right to retain a legal adviser. Christopher Bourne.

[signed] A.M. for JP
Justice of the Peace
St George East 8/8/06

[signed] Christopher Bourne JP 8/8/06

On early January 2005 Wayne Peete come and check meh and say he have some stone line up, he tell meh how we go meet by Melowaydes. When we reach by Melowaydes everybody was dey. The soldiers and them and Quon. CB+ about the same man, CB+ which part he does be drinking in El Socoro and after the meeting by the bar when we reach across by the car the soldier bring the two guns and handed it to me and afterwards.

Christopher Bourne 8-8-06
Mitchell 602 8/8/06

Mitchell 602 8/8/06    Christopher Bourne 8-8-06
Mitchell 602 8/8/06

CB video and after we drive down
CB frames
Blooms he drive around and
show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up striking the man up.
Me and Praise and after we
took him to the car Praise was
driving the car went up Santa Cruz
and took him over to the man
dem call Soldier. After we
hand him over dey tek him
and go away with him. I
leave and went home and then
the Soldier come up the road
by me up the night before the gun
that Soldier come and give the soldier CB
the gun after that shot and now I
went meh name to call. They
end up calling meh name and NOW I
that NINJA come and tell meh that
do it and besides that I have a
witness who came and was there when
he come and collect the gun. After
that Ninja come and tell meh that
the man died with one sickness
he had and he end up chopping
him up and throwing himself CB
everything. Ninja was in he car
when he come and tell meh that.

Christopher Browne 8-8-06

G.P. 70-P190-50,000-/99

[signature] 8-8-06  [initials] 8/8/06   [signature]
                                          Justice of the Peace
                                          St. George East
                                          8/8/06

**STATEMENT**

Name................................ Sex........ Age........
Occupation........................ Address..............................
Investigating Officer taking Statement.............. Continued
Others present....................................
Date........................ Time Commenced........ Place..........

QUESTION: Do you know who Pierre is by any other name and where does he live?

ANSWER: Yeah ninja and he live in Bourg Platteress Santa Cruz and he went to school together and I use to see him in school.

QUESTION: What do you mean by school line up?

ANSWER: The end of coming up and showing men about the soldier and him and they were planning to kidnap the man for money and they were planning it by Malonobs.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melonwood's?

ANSWER: That is by the Club in Bourg Mulaters.

QUESTION: Who was at the meeting at the CB# Christopher Bourne 8-8-06 ⊕ Plareses#66

Mileston #66
CB# Christopher Bourne 8-8-06
[signature] 8-8-06

club?
Answer: It was no Samara Ninja and these soldiers.
Question: Do you know Samara Ninja any other name?
Answer: No all I know is that he living somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was ah Indian, low hair slim will beard and thing.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melonwoods?
Answer: It had one that was taller than all the rest dark this hair was low. Next one he was making hand with ninja and he was not in the force. And he get throw out of the force. He was brown skin, short, stought, muscular the body and had a low cut. I know him by seeing him in Bourg Mulatress opposite Ninja house Bourchaux Ninja would pass with him in the car. That have the next one he still in the force he used to be firing whose they does fix radio and thing by Miguel and then opposite Melownwoods

S.P. Tr. No.— P190-50.000-r99
M.C. 036602 6/8/06
Christopher Bourne 8-8-06
8/8/06 Sgt. Scott 8-8-06 M.C. P.O. 8/8/06
Pc George East

**STATEMENT**

Name ..................................... Sex ............. Age .............
Occupation ............... Address ........ continued
Investigating Officer taking Statement ........................
Others present ..........................
Date ................... Time Commenced ........... Place ...............

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smiley, all of we went to school together. He was older than me and he living up in Bravo Mulateress by Ninth.

QUESTION: Does Brint have a car and describe it?
ANSWER: Yeh he have one, al think it is a grey but al don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside his road in front the club and I walk in and tell the man that we come for him and after I tell him loh we weh. I had the gun in meh hand that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

Christopher: Bourne 8-8-06 at 10:57 8:56
[signature] Scott 8-10-6

[signatures/stamps: Justice of the Peace, St George east, M Watson 8/8/06]

he first walk behind when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruce and the same soldier who was always will NINJA was sitting in a car and the road watching the scene.

QUESTION: When you was in Idlewoods and the soldier bring the gun which one of the soldier was that?

ANSWER: the same soldier who was moving with ninja and living up by taylor, CB

QUESTION: He give meh the gun inside the car. He give STAKA a gun too.

QUESTION: Who showed you the gun?

ANSWER: the same soldier who was living up by NINJA.  PCB

QUESTION: When did you show me the gun.

ANSWER: When did you hear the noise and how long after you leave of his classe

ANSWER: it was all about two weeks PCB

QUESTION: When NINJA come ah hear he dead was that ...

ANSWER: the shop and tat mar the man dead and he on he hand PCB

QUESTION: Did you receive any money and he chop him up.

ANSWER: No.

QUESTION: Did you kill the man?

ANSWER: I did not kill no man and meh ah take part in it.

Christopher Bowers 8-8-0-6

[signatures and initials]

**STATEMENT**

Name .................... Sex ........ Age ........
Occupation ....................
Address ....................
Investigating Officer taking Statement .................... Collin ....................
Others present ....................

Date ....................  Time Commenced ....................  Place ....................

QUESTION: If you see the soldier who was riding with Minta all the time would you be able to identify him?

ANSWER: Yeah because he was set down with the guy Christopher.

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true I have made it of my own free will.

Christopher Bourne
8-8-06
Statement JP 8/8/06
McCollin 8/8/06

I certify that I was requested by the police at the Homicide Bureau of powers that my presence was needed then, on my arrival by no/PC 3135 & PC Collin, PC Pinder, a young man namely Michael Bourne a/c called Christoffe Scaley and his father Hugh Archibald DPC Otens informed me she was investigating an incident of Wounding and Michael Bourne was the Suspect. I then required the Police Officers to leave the room so I could speak to the suspect

Justice of
St. George
[signature]
8/8/06

to which they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given his freedom and will to also told him he must object to give any statement and he did not wanted to give a statement and he wanted the police to write the statement. I then read the preamble to the suspect and he said he understood and he wanted the police to write the statement. I then read the police officers to the room WPC Corrine got the statement paper and read the preamble to the suspect and she would act and I read the statement to and read the statement to the suspect and she would act and I read it. The suspect dictated his statement while WPC Corrine PC Pinder and myself also signed and dated it. The suspect dictated his statement to WPC Corrine and myself also signed. I asked question to carify [clarify] certain portions which needed to be properly answered. She then asked the suspect to look at the statement if he was satisfied with it and to see if she agreed with the suspect what in the properly he stated it. He said yes and signed it correctly seembs [seems] also he signed and dated before PC Pinder. The suspect and myself

Justice of the ...
St. George East

# STATEMENT

Name _____ Sex _____ Age _____

Occupation _____

Address _____

Investigating Officer taking Statement _____

Others present _____

Date _____ Time Commenced _____ Place _____

Signed and dated it. The Subject then wrote a Certificate from the Judges Rules to Clerk after he signed and dated it further disclosure PC Pinder and I did like wise.

Agnella Durho
Justice of the Peace
St. George East    8/8/06

Interviewed 2:45pm on Tuesday 8th August 2006
Recorded by: Jonaline Mitchel Pogue AST
Occurrence 1033 8/8/06.

Agnella Durho
Justice of the Peace
St. George East    8/8/06