UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON ERROL PERCIVAL, et al.,<br><br>Defendants. | § <br>§ <br>§ <br>§  Criminal No. 06-102 (JDB)<br>§ <br>§ <br>§ <br>§ <br>§ |

## GOVERNMENT'S NOTICE OF CONSULAR NOTIFICATION

The United States of America provides notice hereby that on August 5, 2008, it provided notification to the Embassy of Trinidad & Tobago of the arrest and detention of Leon NURSE, Ricardo De FOUR, Zion CLARKE, and Kevon DEMERIEUX in this case. A copy of the notification letter is attached hereto.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No.451058)
United States Attorney

By:    /S/
       _____
       BRUCE R. HEGYI (D.C. Bar No. 422741)
       Assistant United States Attorney
       Federal Major Crimes Section
       555 Fourth Street, N.W., Room 4848
       Washington, D.C. 20530
       (202) 305-9637
       (202) 353-9414 (fax)
       www.bruce.hegyi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon the following counsel, electronically, on this 6th day of August, 2008:

Steven R. Kiersh
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, DC 20015
*Counsel for Anderson Straker*

John J. Carney
Carney & Carney
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004
*Counsel for Wayne Pierre*

Pleasant S. Brodnax, III
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Kevin Nixon*

Patrick M. Donahue
Donahue Law Firm
18 West Street
Annapolis, MD 21401
*Counsel for Christopher Sealy*

Michael E. Lawlor, Esquire
6305 Ivy Lane, Suite 608
Greenbelt, MD 20770
*Counsel for Leon Nurse*

Thomas J. Saunders, Esquire
207 E. Redwood Street
Baltimore, MD 21202
*Counsel for Ricardo De Four*

Jeffrey B. O'Toole, Esquire
1350 Connecticut Ave., N.W.
Suite 200
Washington, DC 20036
*Counsel for Zion Clarke*

Reita Pendry, Esquire
P.O. Box 5432
Charlotte, NC 28299
*Counsel for Kevon Demerieux*

_____/s/_____

Bruce R. Hegyi