**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : |
| _R I C A R D O   D E   F O U R_ , | : |
| **Defendant.** | : |

Criminal Action No. _____ 06-102-6 _____ **(JDB)**

**FILED**

AUG 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the oral motion of defendant _RICARDO DE FOUR_ , and the

consent and agreement of the government, the Court finds that, for the reasons stated in Court on

this date, the interests and ends of justice are best served and outweigh the interests of the public

and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the

provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from

_____ 8/27/08 _____ through and including _____ 9/3/08 _____ ,

shall be excluded in computing the date for speedy trial in this case.

Dated: _8/27/08_

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States