IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-102 (JDB) |
| ) | |
| ) | |
| RICARDO DEFOUR | |
| _____ | |

**APPEARANCE**

The Clerk of the United States District Court for the District of Columbia, Criminal Division, will kindly note that Joseph Beshouri, Esquire, a member in good standing with the District of Columbia Bar, hereby enters his appearance as appointed counsel on behalf of the defendant, Ricardo Defour. Counsel replaces Thomas Saunders, Esquire, who has moved to withdraw.

Respectfully submitted,

//s//
JOSEPH BESHOURI
Counsel for Ricardo Defour
419 - 7th Street, N.W., Suite 405
Washington, D.C. 20004
(202) 842-0420
(202) 202-280-1348 (fax)
jbeshouri@aol.com